**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| United States of America, | ) | CR 05-255-PHX-FJM |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Lakin Jim Bennett, | ) | **ORDER** |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

A detention hearing and a preliminary revocation hearing on the Petition on Pretrial release were held on 03/28/2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.

3     DATED this 3rd day of April, 2006.

                                            */s/ Lawrence O. Anderson*
                                            Lawrence O. Anderson
                                         United States Magistrate Judge